**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RODNEY BLAIR #234873,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:22-00491-KD-MU |
| ) | |
| **REOSHA BUTLER,** *et al.*, ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 5, 2023 (Doc. 8) is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **5th** day of **July 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**